AO 245H   (Rev. 12/07) Judgment in a Criminal Case for a Petty Offense (Short Form)
         Sheet 1

# UNITED STATES DISTRICT COURT
## District of Colorado

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For a Petty Offense) — Short Form |
| MATTHEW D. MANDERFELD | Case No.  11-po-00041-GJR |
| | USM No. |
| | Rene Capron, Esq. |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)    One and Three of Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| C.R.S. § 42-2-1402 & 36 C.F.R. § 4.2 | Operate Motor Vehicle in Careless & Imprudent Manner | 07/09/2011 | One |
| 36 C.F.R. § 4.21(c) | Speeding | 07/09/2011 | Three |

☑ Count(s)   Two                    ☑ is   ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

| Total: $820.00 | Assessment $ 20.00 | Fine $ 800.00 |
|---|---|---|

Last Four Digits of Defendant's Soc. Sec. No.:  N/A

Defendant's Year of Birth:  1985

City and State of Defendant's Residence:
Grand Junction, CO 81501

11/15/2011
Date of Imposition of Judgment

*/s/ Gudrun J. Rice*
Signature of Judge

Gudrun J. Rice          Magistrate Judge
Name and Title of Judge

11/17/2011
Date